**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK NA,                                No.  CV 12-03040 EDL

          Plaintiff,                                **ORDER**

  v.

JULIO LOPEZ,

          Defendant.
_____/

GOOD CAUSE APPEARING THEREFOR,

     IT IS ORDERED that this case is reassigned to the **Honorable Maxine M. Chesney** in the

**San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

bear the **initials MMC** immediately after the case number. All hearing dates presently scheduled are

vacated and motions should be renoticed for hearing before the judge to whom the case has been

reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated:  July 11, 2012

rev 4-12

Richard W. Wieking
Clerk of Court